*Orders.*

COMMONWEALTH *vs.* DIANE L. BROOKS. Reported below: 39 Mass. App. Ct. 1117 (1995).

COMMONWEALTH *vs.* CARL McLAREN. Reported below: 39 Mass. App. Ct. 1112 (1995).

COMMONWEALTH *vs.* LEROY STEVENS. Reported below: 39 Mass. App. Ct. 1115 (1995).

MELO-TONE VENDING, INC. *vs.* SHERRY, INC., & others. Reported below: 39 Mass. App. Ct. 315 (1995). MR. JUSTICE LYNCH did not participate.

February 28, 1996

*Further appellate review denied:*

COMMONWEALTH *vs.* PAUL D. ALLEN. Reported below: 39 Mass. App. Ct. 1122 (1996).

COMMONWEALTH *vs.* GARY BOUTWELL. Reported below: 39 Mass. App. Ct. 1121 (1996).

COMMONWEALTH *vs.* AFGDANE BRAHIMI. Reported below: 39 Mass. App. Ct. 1122 (1996).

COMMONWEALTH *vs.* JASON G. FURTADO. Reported below: 39 Mass. App. Ct. 1121 (1996).

COMMONWEALTH *vs.* MARK M. HESLIN. Reported below: 39 Mass. App. Ct. 1120 (1995).

COMMONWEALTH *vs.* HELEN JACKSON. Reported below: 39 Mass. App. Ct. 1121 (1996).

COMMONWEALTH *vs.* ROBERT L. LONGO. Reported below: 39 Mass. App. Ct. 1120 (1995).

COMMONWEALTH *vs.* PAUL MALGERI. Reported below: 39 Mass. App. Ct. 1120 (1995).

COMMONWEALTH *vs.* STEVEN OLIVAREZ. Reported below: 39 Mass. App. Ct. 1120 (1995).

COMMONWEALTH *vs.* MIGUEL PEREZ. Reported below: 39 Mass. App. Ct. 1119 (1995).

COMMONWEALTH *vs.* JAMES STAPLETON, JR. Reported below: 39 Mass. App. Ct. 1120 (1995).

COMMONWEALTH *vs.* JOSE TAVARES. Reported below: 39 Mass. App. Ct. 1121 (1996).

COMMONWEALTH *vs.* MICHAEL WALKER. Reported below: 39 Mass. App. Ct. 1120 (1995).

HENRY D. VARA, JR., & another *vs.* SECRETARY OF CONSUMER AFFAIRS AND BUSINESS REGULATION & others. Reported below: 39 Mass. App. Ct. 1120 (1995).

February 29, 1996

*Further appellate review granted:*

COMMONWEALTH *vs.* ELBERT CARTER, JR. Reported below: 39 Mass. App. Ct. 439 (1995).

COMMONWEALTH *vs.* ANTONIO PAVAO. Reported below: 39 Mass. App. Ct. 490 (1995).

LAURENT E. McDONALD *vs.* TOWN MANAGER OF SOUTHBRIDGE. Reported below: 39 Mass. App. Ct. 479 (1995).

*Further appellate review denied:*

ADOPTION OF TYLER (and a companion case). Reported below: 39 Mass. App. Ct. 1117 (1995).

COMMONWEALTH *vs.* LEO BREADMORE, SR. Reported below: 39 Mass. App. Ct. 1121 (1996).

COMMONWEALTH *vs.* JOSEPH T. NETTO. Reported below: 39 Mass. App. Ct. 1123 (1996).

COMMONWEALTH *vs.* DONALD PERKINS. Reported below: 39 Mass. App. Ct. 577 (1995).

COMMONWEALTH *vs.* SEAN TOMPKINS. Reported below: 39 Mass. App. Ct. 1119 (1995).

KIRKLAND CONTSTRUCTION COMPANY *vs.* KIRK A. JAMES & others. Reported below: 39 Mass. App. Ct. 559 (1995).

POPPONSESET BEACH ASSOCIATION, INC. *vs.* C. THOMAS MARCHILLO & another. Reported below: 39 Mass. App. Ct. 586 (1996).

STANLEY W. STEFANICK & others *vs.* PLANNING BOARD OF UXBRIDGE & others. Reported below: 39 Mass. App. Ct. 418 (1995).

VICTOR THOMAS, administrator, *vs.* MASSACHUSETTS BAY TRANSPORTATION AUTHORITY & another. Reported below: 39 Mass. App. Ct. 537 (1995).

BARRY E. WEISE *vs.* COURIER CORPORATION & others. Reported below: 39 Mass. App. Ct. 1120 (1995).


March 25, 1996

*Further appellate review denied:*

ADOPTION OF KIRSTEN (and two companion cases). Reported below: 39 Mass. App. Ct. 1119 (1995).

EILEEN BAKER & another *vs.* BOSTON BOARD OF APPEAL & others. Reported below: 40 Mass. App. Ct. 1102 (1996).

NANCY BARRY *vs.* RITA MANDOSA. Reported below: 40 Mass. App. Ct. 1103 (1996).

BOSTON FEDERAL SAVINGS BANK *vs.* THOMAS R. TRAFTON. Reported below: 40 Mass. App. Ct. 1102 (1996).

ARLENE M. BROWN & another *vs.* BOARD OF ASSESSORS OF CHICOPEE. Reported below: 40 Mass. App. Ct. 1101 (1996).

CALIFORNIA PLANT PROTECTION, INC. *vs.* ZAYRE CORPORATION & others. Reported below: 39 Mass. App. Ct. 627 (1996). MR. CHIEF JUSTICE LIACOS did not participate.

A. CHARLES CARANCI, JR. *vs.* ZONING BOARD OF APPEALS OF PLYMOUTH. Reported below: 39 Mass. App. Ct. 1122 (1996).

COMMONWEALTH *vs.* STEPHEN ANDREWS. Reported below: 40 Mass. App. Ct. 1101 (1996).

COMMONWEALTH *vs.* ANTHONY BOUTWELL (and a companion case). Reported below: 39 Mass. App. Ct. 1121 (1996).

COMMONWEALTH *vs.* TIMOTHY CARRINGTON. Reported below: 40 Mass. App. Ct. 1104 (1996).

COMMONWEALTH *vs.* DELIO CASTRO. Reported below: 40 Mass. App. Ct. 1101 (1996).

COMMONWEALTH *vs.* SHANE L. DENNIS. Reported below: 40 Mass. App. Ct. 1102 (1996).